

BARRON & NEWBURGER, PC

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 19, 2024

Hon. Katherine Polk Failla
Federal Building and U.S. Courthouse
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re:   Morris et al. v. Sugarman et al.
      Docket No. 23-cv-09327-KPE

Dear Judge Failla:

As you know, this office represents the sole remaining defendant in this case, Kenneth Dean Sugarman. This letter is written on behalf of all parties to request an adjournment of the court conference scheduled for October 17, 2024.

The Court scheduled the October 17, 2024, conference as a result of a joint letter sent to the Court to address jurisdictional and class issues.

October 17, 2024, is a Jewish holiday and neither counsel is available on that date. Opposing counsel and I have discussed mutually available dates, and we are available on October 28th, October 29th, or October 30th.

This is a first request to adjourn the court conference and is made with the consent of plaintiff's counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/bmm

Application GRANTED.  The pretrial conference currently scheduled for October 17, 2024, is hereby ADJOURNED to **October 30, 2024,** at **11:30 a.m.**  As before, the conference will take place via telephone.

The Clerk of Court is directed to terminate the pending motion at docket number 61.

Date:     September 20, 2024         SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE