UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MORRIS, ALGER JASON
RYAN MORRIS, JAMES BAKER, and
EDITH BAKER, *individually and on
behalf of all others similarly situated*,

                Plaintiffs,

        -v.-

KENNETH DEAN SUGARMAN
and JOHN AND
JANE DOES 1-25,

                Defendants.

23 Civ. 9327 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On December 3, 2024, the Court granted in part Plaintiffs' letter motion to compel and adjourned the fact discovery deadline to March 17, 2025. (Dkt. #67). Accordingly, the Court hereby ORDERS the parties to appear at a pretrial conference, following the close of fact discovery, on **March 27, 2025**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

    By Thursday the week prior to that conference, the parties shall file on ECF, and provide a courtesy copy, clearly marked as such, via e-mail (Failla_NYSDChambers@nysd.uscourts.gov) a joint letter, not to exceed three pages, regarding the status of the case. The letter should include the following information in separate paragraphs:

    (1) A statement of all existing deadlines, due dates, and/or cut-off dates;

    (2) A brief description of any outstanding motions;

(3) A brief description of the status of discovery and of any additional discovery that needs to be completed;

(4) A statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

(5) A statement of the anticipated length of trial and whether the case is to be tried to a jury;

(6) A statement of whether the parties anticipate filing motions for summary judgment, including the basis of any such motion; and

(7) Any other issue that the parties would like to address at the pretrial conference or any information that the parties believe may assist the Court in advancing the case to settlement or trial.

If the parties wish to be referred to the Magistrate Judge assigned to handle this matter, or to the Court's mediation program, at or before the time of the scheduled post-fact discovery conference, they should notify the Court.

SO ORDERED.

Dated: December 16, 2024
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge