**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KIMBERLY MORRIS, ALGER JASON
RYAN MORRIS, JAMES BAKER, and EDITH
BAKER, individually and on behalf of all others
similarly situated,

                    Plaintiffs,

        vs.

KENNETH DEAN SUGARMAN and JOHN
AND JANE DOES 1-25,

                    Defendants.

Case No. 23-cv-09327-KPF

**JUDGMENT**

---

       Defendant, Kenneth Dean Sugarman, having offered pursuant to Rule 68 of the Federal Rules of Civil Procedure to allow judgment to be taken against him and in favor of Plaintiff Edith Baker in the amount of $10,000.00 plus costs accrued through July 28, 2025, and attorney fees to be decided by the Court, and Edith Baker having timely accepted said offer of judgment; it is

       ORDERED AND ADJUDGED that judgment is entered in favor of Edith Baker and against Defendant Kenneth Dean Sugarman in the amount of $10,000.00 plus costs accrued through July 28, 2025, and attorney fees to be decided by the Court.

Dated:     July 31, 2025
            New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE