UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MORRIS, ALGER JASON RYAN MORRIS, JAMES BAKER, and EDITH BAKER, individually and on behalf of all others similarly situated,

                Plaintiffs,

vs.

KENNETH DEAN SUGARMAN and JOHN AND JANE DOES 1-25,

                Defendants.

Case No. 23-cv-09327-KPF

**JUDGMENT**

---

    Defendant, Kenneth Dean Sugarman, having offered pursuant to Rule 68 of the Federal Rules of Civil Procedure to allow judgment to be taken against him and in favor of Plaintiff James Baker in the amount of $10,000.00 plus costs accrued through July 28, 2025 and attorney fees to be decided by the Court, and James Baker having timely accepted said offer of judgment; it is

    ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff James Baker and against Defendant Kenneth Dean Sugarman in the amount of $10,000.00 plus costs accrued through July 28, 2025 and attorney fees to be decided by the Court.

Dated:    July 31, 2025
                New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE