

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 22, 2025

Hon. Katherine Polk Failla
Federal Building and U.S. Courthouse
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   Morris et al. v. Sugarman et al.
      Docket No. 23-cv-09327-KPE

Dear Judge Failla:

I am writing to the Court on behalf of the remaining parties to this lawsuit. We are pleased to inform the Court that we have settled this matter in principle, with the assistance of the mediator, Joe DiBenedetto.

The parties are in the process of preparing the necessary Settlement Agreement and the parties further anticipate that the total settlement amount will be paid in full by January 10, 2026.

Accordingly, the parties request that all deadlines be vacated and that the Court permit the parties to file a Stipulation of Dismissal by January 20, 2026.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By: Arthur Sanders
as/bmm

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com